1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JULIET B. HALEY, State Bar No. 162823
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5960
     Fax:  (415) 703-1234
8    Email:  Juliet.Haley@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12         FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15 | **JASON LEE BACHMEIER,** | C 07-2924 JF (PR) |

16 | Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME** |

17 | **v.** | |

18 | **D. ADAMS, Warden,** | |

19 | Respondent. | |

20

21         Pursuant to Civil L.R. 7-8 and 7-11, respondent requests a 60-day enlargement of

22 time, to and including March 18, 2008, within which to file an answer or other responsive pleading

23 to the petition for writ of habeas corpus and provide the relevant state record, as required by the

24 Court's Order to Show Cause.  The application is based on the file in this case and the attached

25 declaration of Juliet B. Haley.  Respondent has not made any previous request.

26 ///

27 ///

28

Application for Enlargement of Time - *Bachmeier v. Adams* - C 07-2924 JF (PR)

1

1      Dated:  January 15, 2008

2                     Respectfully submitted,

3                     EDMUND G. BROWN JR.
                      Attorney General of the State of California

4                     DANE R. GILLETTE
                      Chief Assistant Attorney General

5
                      GERALD A. ENGLER
6                     Senior Assistant Attorney General

7                     PEGGY S. RUFFRA
                      Supervising Deputy Attorney General

8

9                     /s/ Juliey B. Haley

10
                      JULIET B. HALEY
11                    Deputy Attorney General
                      Attorneys for Respondent

12

13
       40206526.wpd
14     SF2007403168

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Enlargement of Time - *Bachmeier v. Adams* - C 07-2924 JF (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Jason Lee Bachmeier v. D. Adams, Warden**

No.:   **C 07-2924 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>January 15, 2008</u>, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME;**

**DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jason Lee Bachmeier**
**K-52314**
**California State Prison, Corcoran**
**P.O. Box 3481**
**Corcoran, CA 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 15, 2008, at San Francisco, California.

_____
J. Wong
Declarant

_____
Signature

40206565.wpd