**E-filed 1/17/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON LEE BACHMEIER,** | C 07-2924 JF (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **D. ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including March 18, 2008.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: ____1/17/08_____    _____
The Honorable Jeremy Fogel

[Proposed] Order - *Bachmeier v. Adams* - C 07-2924 JF (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Jason Lee Bachmeier v. D. Adams, Warden**

No.:   **C 07-2924 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 15, 2008, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME;**

**DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jason Lee Bachmeier**
**K-52314**
**California State Prison, Corcoran**
**P.O. Box 3481**
**Corcoran, CA 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 15, 2008, at San Francisco, California.

|   J. Wong   |   *J Wong* (signature)   |
|---|---|
|   Declarant   |   Signature   |

40206565.wpd