# ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: | SONOMA, S49000 |

**FILED AUG 28 2003**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA
By _____ Deputy Clerk

| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: BACHMEIER, Jason Lee | DOB: 09-20-73 | MCR 418904 -A |
|---|---|---|
| AKA: | | -B |
| CII #: A09157353 | | |
| BOOKING #: | ☐ NOT PRESENT | -C |
| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | ☐ AMENDED ABSTRACT | |

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 08-21-03 | THIRTEEN | E. WATTERS |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| V. CRUZ | B. KRAEGER | 99530 |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☒ APPTD. |
|---|---|---|
| C. COOK | A. THOMAS | |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VC | 2800.2(a) | Evading a Police Officer | 2003 | 06-18-03 | | | X | M | | | | | | | 2 | 0 |
| 2 | PC | 12021(a)(1) | Felon / posses of firearm | 2003 | 06-18-03 | | | X | M | | | X | | | | | 8 |
| 5 | VC | 10851(a) | Auto theft | 2003 | 06-18-03 | | | X | M | | | X | | | | | 8 |
| 9 | VC | 2800.2(a) | Evading a Police Officer | 2003 | 06-18-03 | | | X | M | | | X | | | | | 8 |
| 12 | PC | 496(a) | Receiving stolen property | 2003 | 06-18-03 | | | X | M | | | X | | | | | 8 |
| 13 | PC | 496(a) | Receiving stolen property | 2003 | 06-18-03 | | | X | M | | | X | | | | | 8 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 667.5(b) PC | 1 | 667.5(b) PC | 1 | | | | | 2  0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: ____

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME EXCLUDING COUNTY JAIL TERM: 7  4

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 (Rev. January 1, 2003)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Penal Code,
§§ 1213, 1213.5

| PEOPLE OF THE STATE OF CALIFORNIA vs. | | | |
|---|---|---|---|
| DEFENDANT: BACHMEIER, Jason Lee | | | |
| MCR 418904 -A | -B | -C | -D |

9. **FINANCIAL OBLIGATIONS** (including any applicable penalty assessments):

   a. <u>Restitution Fine(s):</u>
   Case A: $5000     per PC 1202.4(b) forthwith per PC 2085.5;     $5000     per PC 1202.45 suspended unless parole is revoked.
   Case B: $_____   per PC 1202.4(b) forthwith per PC 2085.5;     $_____   per PC 1202.45 suspended unless parole is revoked.
   Case C: $_____   per PC 1202.4(b) forthwith per PC 2085.5;     $_____   per PC 1202.45 suspended unless parole is revoked.
   Case D: $_____   per PC 1202.4(b) forthwith per PC 2085.5;     $_____   per PC 1202.45 suspended unless parole is revoked.

   b. <u>Restitution per PC 1202.4(f):</u>
   Case A: $_____   ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
   Case B: $_____   ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
   Case C: $_____   ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
   Case D: $_____   ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund

   (*List victim name(s) if known and amount breakdown in item 11, below.)

   c. <u>Fine(s):</u>
   Case A: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days  ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS
   Case B: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days  ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS
   Case C: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days  ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS
   Case D: $_____ per PC 1202.5  $_____ per VC 23550 or _____ days  ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS

   d. <u>Lab Fee and Drug Program Fee:</u>
   Case A: Lab Fee: $_____   per HS 11372.5(a) for counts _____   ☐ Drug Program Fee of $150 per HS 11372.7(a).
   Case B: Lab Fee: $_____   per HS 11372.5(a) for counts _____   ☐ Drug Program Fee of $150 per HS 11372.7(a).
   Case C: Lab Fee: $_____   per HS 11372.5(a) for counts _____   ☐ Drug Program Fee of $150 per HS 11372.7(a).
   Case D: Lab Fee: $_____   per HS 11372.5(a) for counts _____   ☐ Drug Program Fee of $150 per HS 11372.7(a).

10. **TESTING**
    a. ☐ AIDS pursuant to PC 1202.1     b. ☐ DNA pursuant to PC 296     c. ☐ other (specify):

11. **Other orders** (specify):
    **Defendant ordered not to own, possess, or control any firearms or ammunition pursuant to State and Federal Law.**

12. **EXECUTION OF SENTENCE IMPOSED**
    a. ☒ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☐ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other (specify):

13. **CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT |
|---|---|---|---|
| A | 150 | 100 | 50   ☐ 4019  ☐ 2933.1 |
| B | | | ☐ 4019  ☐ 2933.1 |
| C | | | ☐ 4019  ☐ 2933.1 |
| D | | | ☐ 4019  ☐ 2933.1 |

Date Sentence Pronounced: **08-21-03**

Time Served in State Institution:  DMH [ ]   CDC [ ]   CRC [ ]

14. The defendant is remanded to the custody of the sheriff  ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to   ☒ the reception center designated by the director of the California Department of Corrections.
                         ☐ other (specify):

---

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| [signature] | 08-28-03 |

CR-290 (Rev. January 1, 2003)    **ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**    Page 2 of 2