# CALIFORNIA APPELLATE COURTS
## Case Information



- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions
- C|C home

**Supreme Court**

Change court

Attention: Supreme Court database and email registration will be offline from 8:00PM Friday, February 1 to 7:00AM Monday, February 4 for server maintenance. Your patience is appreciated.

Court data last updated: 01/31/2008 11:53 AM

Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court

### Docket (Register of Actions)

BACHMEIER (JASON LEE) ON H.C.
Case Number S153856

| Date | Description | Notes |
|---|---|---|
| 06/25/2007 | Petition for writ of habeas corpus filed | Jason Lee Bachmeier, petitioner in pro per |
| 07/18/2007 | Petition for writ of habeas corpus denied | |

Click here to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California