NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEE BACHMEIER, | No. C 07-02924 JF (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| D. ADAMS, Warden, et al., | |
| Respondent. | |

The Court has granted Respondent's motion to dismiss the instant habeas petition. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/26/08

JEREMY FOGEL
United States District Judge